**Order entered July 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00350-CR

## DAVID ASHLEY HEWITT, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 073248**

## ORDER

Before the Court is appellant's July 15, 2022 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE